UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS, | 1:03-cv-06093-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 28) |
| vs. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 25) |
| A. GALVAN, et al., | |
| Defendants. | **ORDER CONCLUDING ENTIRE ACTION** |
| _____/ | **ORDER THAT JUDGMENT BE ENTERED** |

Plaintiff, Jonathan Davis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 30, 2005, the Magistrate Judge filed Findings and Recommendations that recommended Defendants' unopposed motion to dismiss be granted.  The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not

1

1  filed objections to the Magistrate Judge's Findings and
2  Recommendations.  However, on December 30, 2005, Plaintiff filed
3  a response to the motion for summary judgment.  The court will
4  construe this response as objections.
5      In accordance with the provisions of 28 U.S.C.
6  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
7  de novo review of this case.  Having carefully reviewed the
8  entire file, the Court finds the Findings and Recommendations to
9  be supported by the record and by proper analysis.
10     Plaintiff's response does not provide a reason to not adopt
11 the Findings and Recommendations. In his response, as he did in
12 his complaint, Plaintiff states that the only reason he "came
13 off" the wall and turned around during the search was because
14 C.O. Wilcox hit him in the groin.  The allegations concerning
15 C.O. Wilcox were addressed by the Magistrate Judge, and the court
16 agrees with Plaintiff that whether C.O. Wilcox used unlawful
17 force is a disputed issue of fact.  However, C.O. Wilcox has
18 never been served in this action had has not moved for summary
19 judgment.  The facts about what the remaining Defendants did are
20 undisputed.  There are no facts showing that Defendant Langham
21 knew why Plaintiff "came off" the wall.  While the facts leading
22 up to Plaintiff turning around and coming off the wall are
23 disputed, under the circumstances, Defendant Langham's use of the
24 baton to strike Plaintiff was not repugnant to the conscience of
25 mankind because of the threat Plaintiff may have posed to
26 Defendant Langham.
27 //
28

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 30, 2005, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed March 24, 2005, is GRANTED;

3. This action is CONCLUDED in its entirety; and,

4. The Clerk of the Court is DIRECTED to enter judgment for Defendants and against Plaintiff.

IT IS SO ORDERED.

**Dated:   February 14, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE